FRED B. KEENEY, Appellant, *v.* HENRY A. SWAN et al., Respondents.

(Argued March 7, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court of the fifth judicial department, entered upon an order made the first Tuesday of June, 1886, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*E. M. Bartlett* for appellant.

*I. Sam Johnson* for respondents.

Agree to affirm; no opinion.
All concur except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

ANNIE FESSELMAYER, an Infant by Guardian ad litem, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

(Argued March 10, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 1, 1886, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Wm. N. Cohen* for appellant.

*T. F. Neville* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.